ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California  95110-1770
Telephone:  (408) 299-5900
Facsimile:  (408) 292-7240

Attorneys for Defendant
TOM COUNCIL

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA
(San Jose)

| | |
|---|---|
| ELGRIE HURD, III, | No.    C 07-3852 RS |
| Plaintiff, | **CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE** |
| v. | |
| TOM COUNCIL, | |
| Defendant. | |

CONSENT TO PROCEED BEFORE A UNITED STATES MAGISTRATE JUDGE

In accordance with the provisions of Title 28, U.S.C. Section 636(c), the undersigned party hereby voluntarily consents to have a United States Magistrate Judge conduct any and all further proceedings in the case, including trial, and order the entry of a final judgment.  Appeal from the judgment shall be taken directly to the United States Court of Appeals for the Ninth Circuit.

Dated: August 16, 2007                          Respectfully submitted,

                                                ANN MILLER RAVEL
                                                County Counsel

                                        By:  _____/S/_____
                                                MELISSA R. KINIYALOCTS
                                                Deputy County Counsel

                                                Attorneys for Defendant
                                                TOM COUNCIL

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Consent to Proceed Before a
United States Magistrate Judge          1          C 07-3852 RS