**Christopher J. Keane (SB# 194848)**
Attorney for Plaintiff, Elgrie Hurd III
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282
E-mail: ckeane@keanelaw.com

**Brian L. Larsen (SB #: 158252)**
**Lauren B. Gelber (SB#: 237935)**
Attorneys for Plaintiff, Elgrie Hurd III
530 Jackson Street, 2nd Floor
San Francisco, CA 94133
Telephone: (415) 398-5000
Fax: (415) 398-5080
E-mail: blarsen5000@yahoo.com
        lgelber@gmail.com

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

ELGRIE HURD III,

    Plaintiff,

v.                          Case Number: C:07-03852

                          Hon. Richard Seeborg

TOM COUNCIL,                **REQUEST FOR REASSIGNMENT**

                              **TO DISTRICT COURT JUDGE**

    Defendant.
_____/

NOW COMES Plaintiff, ELGRIE HURD III, through his attorneys, and pursuant to Civil L.R. 73-1(a)(1) and 28 U.S.C. 636(c), requests reassignment of this action to a district judge.

1  **I hereby attest that I have on file all holograph signatures for any**
2  **signatures indicated by a "conformed" signature (/S/) within this**
3  **efiled document.**
4
5                                          By: /s/ Christopher J. Keane
6                                          Attorney for Plaintiff
7
8                                          By: /s/ Brian L. Larsen
9                                              /s/  Lauren B. Gelber
10                                         Attorneys for Plaintiff
11  Dated: 10/4/2007

2

Plaintiff's Request for Reassignment to District Court Judge