1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone:  (408) 299-5900
4  Facsimile:  (408) 292-7240

5  Attorneys for Defendant
   TOM COUNCIL
6

7  CHRISTOPHER J. KEANE (S.B. #194848)
   530 Jackson Street, Second Floor
8  San Francisco, California 94133
   Telephone:  (415) 398-2777
9  Facsimile:  (415) 520-2282

10 Attorney for Plaintiff
   ELGRIE HURD, III
11

                    UNITED STATES DISTRICT COURT
                 FOR THE NORTHERN DISTRICT OF CALIFORNIA

15 ELGRIE HURD, III,              )  No.  C 07-3852 JF
                                  )
16        Plaintiff,              )  **STIPULATION AND [PROPOSED] ORDER**
                                  )  **SELECTING ADR PROCESS**
17 v.                             )
                                  )
18 TOM COUNCIL,                   )
                                  )
19        Defendant.              )
                                  )

21      Counsel report that they have met and conferred regarding ADR and have reached the

22 following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

23      The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

24 / /

25 / /

26 / /

27 / /

28 / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process          1                    C 07-3852 JF

The parties agree to hold the ADR session within 90 days of the Case Management Conference.

ANN MILLER RAVEL
County Counsel

Dated: October 25, 2007     By:     /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendant
TOM COUNCIL


Dated: October 25, 2007     By:     /S/
CHRISTOPHER J. KEANE

Attorney for Plaintiff
ELGRIE HURD, III


### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE).

Deadline for ADR session _____.

IT IS SO ORDERED.

Dated:_____                                     _____
HONORABLE JEREMY FOGEL
United States District Court Judge

99515.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process            2                    C 07-3852 JF