| | |
|---|---|
| 1 | ANN MILLER RAVEL, County Counsel (S.B. #62139) |
|   | MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814) |
| 2 | OFFICE OF THE COUNTY COUNSEL                    *e-filed 10/30/07 |
|   | 70 West Hedding, East Wing, 9th Floor |
| 3 | San Jose, California 95110-1770 |
|   | Telephone: (408) 299-5900 |
| 4 | Facsimile: (408) 292-7240 |
| 5 | Attorneys for Defendant |
|   | TOM COUNCIL |

CHRISTOPHER J. KEANE (S.B. #194848)
530 Jackson Street, Second Floor
San Francisco, California 94133
Telephone: (415) 398-2777
Facsimile: (415) 520-2282

Attorney for Plaintiff
ELGRIE HURD, III

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ELGRIE HURD, III, | ) | No.  C 07-3852 JF |
|  | ) |  |
| Plaintiff, | ) | **STIPULATION AND [PROPOSED] ORDER SELECTING ADR PROCESS** |
|  | ) |  |
| v. | ) |  |
|  | ) |  |
| TOM COUNCIL, | ) |  |
|  | ) |  |
| Defendant. | ) |  |

Counsel report that they have met and conferred regarding ADR and have reached the following stipulation pursuant to Civil L.R. 16-8 and ADR L.R. 3-5:

The parties agree to participate in Early Neutral Evaluation (ENE) (ADR L.R. 5).

/ /

/ /

/ /

/ /

/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process            1            C 07-3852 JF

The parties agree to hold the ADR session within 90 days of the Case Management Conference.

ANN MILLER RAVEL
County Counsel

Dated: October 25, 2007    By:    /S/
MELISSA R. KINIYALOCTS
Deputy County Counsel

Attorneys for Defendant
TOM COUNCIL

Dated: October 25, 2007    By:    /S/
CHRISTOPHER J. KEANE

Attorney for Plaintiff
ELGRIE HURD, III

### [PROPOSED] ORDER

Pursuant to the Stipulation above, the captioned matter is hereby referred to Early Neutral Evaluation (ENE).

Deadline for ADR session 1/31/08.

IT IS SO ORDERED.

Dated:  10/29/07

HONORABLE JEREMY FOGEL
United States District Court Judge

99515.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation and [Proposed]
Order Selecting ADR Process      2      C 07-3852 JF