**Christopher J. Keane (SB# 194848)**
**Brian L. Larsen (SB #: 158252)**
**Lauren B. Gelber (SB#: 237935)**
Attorney for Plaintiff, Elgrie Hurd III
530 Jackson Street, Second Floor
San Francisco, CA 94133
Telephone: (415) 398-2777
Fax: (415) 520-2282
E-mail: ckeane@keanelaw.com

**Ann Miller Ravel (SB #: 62139)**
**Melissa R. Kiniyalocts (SB #: 215814)**
Attorneys for Defendant, Tom Council
70 W. Hedding, East Wing, 9th Floor
San Jose, CA 95110-1770
Telephone: (408) 299-5900
Fax: (408) 292-7240
E-mail: melissa.kiniyalocts@cco.sccgov

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

(San Jose Division)

ELGRIE HURD III,

    Plaintiff,

v.                    Case Number: C:07-03852 JF

                    Hon. Jeremy Fogel

    TOM COUNCIL,         **STIPULATION AND [PROPOSED] ORDER TO ADJOURN CASE MANAGEMENT CONFERENCE**

    Defendant.
_____/

The parties, through their attorneys, stipulate to adjourn the Case Management Conference from November 9, 2007 at 10:30 a.m. until November 30, 2007 at 10:30 a.m.

By: /s/ Christopher J. Keane
Attorney for Plaintiff


By: /s/ Brian L. Larsen
   /s/  Lauren B. Gelber
Attorneys for Plaintiff


By: /s/Melissa R. Kiniyalocts
Attorney for Defendant

Dated: 10/25/2007

**[PROPOSED] ORDER**

Pursuant to the aforementioned stipulation, the Case Management Conference is adjourned from November 9, 2007 at 10:30 a.m. until November 30, 2007, at 10:30 a.m.

IT IS SO ORDERED.

DATED: _____        _____
                                    HON. JEREMY FOGEL