UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Case Management Conference, November 30, 2007
**Case Number:** CV-07-3852-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Simmer Clanton

---

TITLE:      ELGRIE HURD, III  V.  TOM COUNCIL

| PLAINTIFF | DEFENDANT |
|---|---|
| Attorneys Present: Christopher Keane | Attorneys Present: Melissa Kiniyalocts |

---

PROCEEDINGS:

Case management conference held.  Counsel are present.
Continued to 3/14/08 at 10:30 a.m. for further case management conference.