**FILED**

JAN 2 5 2008

RICHARD W. WIEKING
CLERK U.S. DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

# UNITED STATES DISTRICT COURT

## Northern District of California

Hurd,

    Plaintiff(s),

  v.

Council,

    Defendant(s).

No. C 07-03852 JF ENE

**Certification of ADR Session**

*Instructions:* The neutral shall submit this Certification to the ADR unit within 10 days after completing an ADR Session. The ADR unit will file-stamp the Certification and place it in the court file.

1. I hereby certify that the parties in this matter held a ☐ Mediation or ☒ ENE session on (date) 1/23/08

2. Did the case settle?    ☐ fully    ☐ partially    ☒ no

3. If the case did not settle fully, is any follow-up contemplated?

   ☐ another session scheduled for (date) _____

   ☐ phone discussions expected by (date) _____

   ☒ no

4. IS THIS ADR PROCESS COMPLETED?    ☐ YES    ☐ NO

Dated: 1/23/08

_Richard J. Collier_ (signature)

Evaluator, Richard J. Collier
Titchell Maltzman Mark & Ohleyer
650 California St., 25th Fl.
San Francisco, CA 94108-2610

**Certification of ADR Session**
07-03852 JF ENE