UNITED STATES DISTRICT COURT
JUDGE JEREMY FOGEL, PRESIDING
COURTROOM NO. 3 - 5TH FLOOR

**CIVIL MINUTES**

**Court Proceedings:** Further Case Management Conference, March 14, 2008
**Case Number:** CV-07-3852-JF/RS

**Courtroom Deputy Clerk:** Diana Munz
**Court Reporter:** Summer Clanton

TITLE:        ELGRIE HURD, III   V.   TOM COUNCIL

                    PLAINTIFF                              DEFENDANT

Attorneys Present: Christopher Keane        Attorneys Present: Melissa Kiniyalocts

PROCEEDINGS:
Further case management conference held.  Parties are present.  Case is set for jury trial on 11/14/08 at 1:30 p.m. and pretrial conference on 11/7/08 at 11:00 a.m.