1  ANN MILLER RAVEL, County Counsel (S.B. #62139)
   MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
2  OFFICE OF THE COUNTY COUNSEL
   70 West Hedding, East Wing, 9th Floor
3  San Jose, California  95110-1770
   Telephone: (408) 299-5900
4  Facsimile: (408) 292-7240

5

   Attorneys for Defendant
6  TOM COUNCIL

7
                     UNITED STATES DISTRICT COURT
8                FOR THE NORTHERN DISTRICT OF CALIFORNIA

9

10 ELGRIE HURD, III,              )   No.  C 07-3852 JF
                                  )
11      Plaintiff,                )   **STIPULATION OF DISMISSAL WITH**
                                  )   **PREJUDICE AND [PROPOSED] ORDER**
12 v.                             )
                                  )
13 TOM COUNCIL,                   )
                                  )
14      Defendant.                )
   _____)
15

16      Plaintiff Elgrie Hurd, III and Defendant Tom Council, by their respective attorneys,

17 hereby stipulate pursuant to the terms of the Settlement Agreement and General Release

18 between the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be

19 dismissed with prejudice, with each party to bear its own costs and attorney's fees.

20 IT IS SO STIPULATED.

21                                     ANN MILLER RAVEL
                                       County Counsel
22

23 Dated: July 18, 2008         By:           /S/
                                       MELISSA R. KINIYALOCTS
24                                     Deputy County Counsel

25                                     Attorneys for Defendant
                                       TOM COUNCIL
26

27 / /

28 / /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [Proposed] Order        1                    C 07-3852 JF

1

2   Dated: July 7, 2008                          By: _____/S/_____
                                                     CHRISTOPHER J. KEANE, ESQ.
3
                                                     Attorney for Plaintiff
4                                                    ELGRIE HURD

5

6   IT IS SO ORDERED.

7

8   Dated: _____                     _____
                                                 JUDGE JEREMY FOGEL
9                                                United States District Court Judge

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28  132589.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [Proposed] Order          2                    C 07-3852 JF