**E-filed 7/22/08**

ANN MILLER RAVEL, County Counsel (S.B. #62139)
MELISSA R. KINIYALOCTS, Deputy County Counsel (S.B. #215814)
OFFICE OF THE COUNTY COUNSEL
70 West Hedding, East Wing, 9th Floor
San Jose, California 95110-1770
Telephone: (408) 299-5900
Facsimile: (408) 292-7240

Attorneys for Defendant
TOM COUNCIL

UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ELGRIE HURD, III,<br><br>    Plaintiff,<br><br>v.<br><br>TOM COUNCIL,<br><br>    Defendant. | No. C 07-3852 JF<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE AND [PROPOSED] ORDER** |

Plaintiff Elgrie Hurd, III and Defendant Tom Council, by their respective attorneys, hereby stipulate pursuant to the terms of the Settlement Agreement and General Release between the parties and Federal Rule of Civil Procedure 41(a)(1)(ii), that this action be dismissed with prejudice, with each party to bear its own costs and attorney's fees.

IT IS SO STIPULATED.

                                    ANN MILLER RAVEL
                                    County Counsel

Dated: July 18, 2008            By:         /S/
                                    MELISSA R. KINIYALOCTS
                                    Deputy County Counsel

                                    Attorneys for Defendant
                                    TOM COUNCIL

/ /
/ /

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [Proposed] Order          1                    C 07-3852 JF

| | |
|---|---|
| Dated: July 7, 2008 | By: _____/S/_____<br>CHRISTOPHER J. KEANE, ESQ.<br><br>Attorney for Plaintiff<br>ELGRIE HURD |

IT IS SO ORDERED.

Dated: __7/22/08_____           _____
                                                              JUDGE JEREMY FOGEL
                                                              United States District Court Judge

132589.wpd

ANN MILLER RAVEL
County Counsel
County of Santa Clara
San Jose, California

Stipulation of Dismissal with
Prejudice and [Proposed] Order         2                         C 07-3852 JF